UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                  Case No.:   17-13023-ABA
                                                        Chapter:    vchChapter
Jeffery R Mays                                          Judge:      Andrew B. Altenburg Jr.

### NOTICE OF PROPOSED ABANDONMENT

DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on May 2, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$137,375.00  27 Mackeys Lane Leesburg, NJ  08327

Liens on property:

$148,375.00  Quicken Loans

Amount of Equity claimed as exempt:

0

Objections must be served on, and requests for additional information directed to:

Name:          Douglas S. Stanger

Address:       646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No.  (609) 645-1881

United States Bankruptcy Court
District of New Jersey

In re:                                                                                Case No. 17-13023-ABA
Jeffery R Mays                                                                        Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Apr 03, 2017
                              Form ID: pdf905          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2017.
db             +Jeffery R Mays,    27 Mackeys Lane,    PO Box 292,    Leesburg, NJ 08327-0292
516649416       Bank Card Services,    PO Box 15026,    Wilmington, DE 19850-5026
516649417      +Best Buy,    100 Consumer Square,    Mays Landing, NJ 08330-3324
516649418      +Chase,    Po Box 17202,    Wilmington, DE 19886-7202
516649419      +Citi,    PO Box 6500,    Sioux Falls, SD 57117-6500
516649421      +Csc/Bb&T Corp,    4251 Fayetteville Rd,    Lumberton, NC 28358-2678
516728371      +QUICKEN LOANS INC.,    KML Law Group, PC,    216 Haddon Ave, Suite 406,    Westmont, NJ 08108-2812
516649426      +Target,    PO Box 673,    Minneapolis, MN 55440-0673
516649427      +The Home Depot,    PO Box 689100,    Des Moines, IA 50368

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 04 2017 00:29:54      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 04 2017 00:29:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
516649420      +E-mail/Text: creditonebknotifications@resurgent.com Apr 04 2017 00:28:51      Credit One,
                 PO Box 98873,    Las Vegas, NV 89193-8873
516649422       E-mail/Text: mrdiscen@discover.com Apr 04 2017 00:28:47      Discover,    PO Box 15251,
                 Wilmington, DE 19886-5251
516649423      +E-mail/Text: bankruptcy@fult.com Apr 04 2017 00:31:01      Fulton Bank,    100 Park Avenue,
                 Woodbury, NJ 08096-3513
516649424      +E-mail/Text: bankruptcyteam@quickenloans.com Apr 04 2017 00:30:12      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
516649425       E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2017 00:18:06      Synchrony Bank,    PO Box 965013,
                 Orlando, FL 32896-5013
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    QUICKEN LOANS INC. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              Seymour Wasserstrum    on behalf of Debtor Jeffery R Mays mylawyer7@aol.com, ecf@seymourlaw.net
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5