**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jeffery R Mays | Social Security number or ITIN xxx–xx–0031 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ |
| | | EIN __–_____ |

United States Bankruptcy Court    District of New Jersey

Case number:    17–13023–ABA

# Order of Discharge                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Jeffery R Mays

<u>6/2/17</u>                                      **By the court:**    <u>Andrew B. Altenburg Jr.</u>
                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                          **Order of Discharge**                          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-13023-ABA
Jeffery R Mays                                                                  Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 1            Date Rcvd: Jun 02, 2017
                             Form ID: 318             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2017.
```
db         +Jeffery R Mays,    27 Mackeys Lane,    PO Box 292,    Leesburg, NJ 08327-0292
cr         +BB&T/CSC Logic,    Post Office Box 1518,    Coppell, TX 75019-1518
516649417  +Best Buy,    100 Consumer Square,    Mays Landing, NJ 08330-3324
516649421  +Csc/Bb&T Corp,    4251 Fayetteville Rd,    Lumberton, NC 28358-2678
516728371  +QUICKEN LOANS INC.,    KML Law Group, PC,    216 Haddon Ave, Suite 406,    Westmont, NJ 08108-2812
516649427  +The Home Depot,    PO Box 689100,    Des Moines, IA 50368
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 02 2017 22:29:16      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 02 2017 22:29:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516649416       EDI: BANKAMER.COM Jun 02 2017 22:08:00      Bank Card Services,    PO Box 15026,
                 Wilmington, DE 19850-5026
516649418      +EDI: CHASE.COM Jun 02 2017 22:08:00      Chase,    Po Box 17202,    Wilmington, DE 19886-7202
516649419      +EDI: CITICORP.COM Jun 02 2017 22:08:00      Citi,    PO Box 6500,    Sioux Falls, SD 57117-6500
516649420      +EDI: RCSFNBMARIN.COM Jun 02 2017 22:08:00      Credit One,    PO Box 98873,
                 Las Vegas, NV 89193-8873
516649422       EDI: DISCOVER.COM Jun 02 2017 22:08:00      Discover,    PO Box 15251,
                 Wilmington, DE 19886-5251
516649423      +E-mail/Text: bankruptcy@fult.com Jun 02 2017 22:30:25      Fulton Bank,    100 Park Avenue,
                 Woodbury, NJ 08096-3513
516649424      +E-mail/Text: bankruptcyteam@quickenloans.com Jun 02 2017 22:29:37      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
516649425       EDI: RMSC.COM Jun 02 2017 22:08:00      Synchrony Bank,    PO Box 965013,
                 Orlando, FL 32896-5013
516649426      +EDI: WTRRNBANK.COM Jun 02 2017 22:08:00      Target,    PO Box 673,    Minneapolis, MN 55440-0673
                                                                                               TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2017 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor   QUICKEN LOANS INC. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              Seymour  Wasserstrum    on behalf of Debtor Jeffery R Mays mylawyer7@aol.com,
               ecf@seymourlaw.net;r47769@notify.bestcase.com
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```